# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00081-CR

**Tettus Davis, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 04-122-K368, HONORABLE BURT CARNES, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On November 18, 2005, this appeal was abated for a hearing in the district court to determine whether appellant's retained counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2). On the same date, counsel filed a motion to withdraw stating that he has not been paid. The rule 38.8 hearing was set for December 2. Neither appellant nor counsel was present. The court made no findings.

The motion to withdraw filed by Mr. Scott L. Steele is granted. The appeal is again abated, and the trial court is instructed to immediately appoint counsel who will effectively represent appellant on appeal. The appointment order shall be forwarded to this Court in a supplemental

record no later than December 23, 2005.  The time for filing appellant's brief is extended to January 20, 2006.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Patterson and Puryear

Filed:   December 9, 2005

Do Not Publish